IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DANNY L. WALKINGSTICK, WHITNYE A. FORT, on behalf of the themselves and all other similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| SIMMONS BANK, | )<br>) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs, Danny L. Walkingstick and Whitnye A. Fort, under Federal Rule of Civil Procedure 23(e)(1), hereby move the Court for entry of the tendered Preliminary Approval Order, which:

1. Preliminarily approves the class action Settlement Agreement and Release (the "Settlement", which is attached as Exhibit 1 to the Declaration of Lynn A. Toops in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement);

2. Certifies the settlement Class, appoints Plaintiffs as Class Representatives, and appoints Plaintiffs' counsel as Class Counsel;

3. Approves the proposed notice plan and deadlines for Class Members to object to or opt-out of the proposed Settlement; and

4. Schedules a final approval hearing for a date approximately 120 days after preliminary approval, or as soon thereafter as the Court's schedule permits, as set forth in this table of proposed deadlines:

**PROPOSED APPROVAL TIMELINE**

| Event | Time for Compliance |
|---|---|
| Deadline for Defendant to provide the Class List to the Settlement Administrator | 10 days after entry of the Preliminary Approval Order |
| Deadline for Settlement Administrator to E-mail and Mail Notice ("Notice Deadline") | 45 days after entry of the Preliminary Approval Order |
| Deadline for any motions requesting attorneys' fees, expenses, and service awards | 15 days before the Objection Deadline |
| Deadline for Class Members to object | 45 days after the Notice Deadline |
| Deadline for members the Class to opt-out ("Objection Deadline") | 45 days after the Notice Deadline |
| Deadline for Motion for Final Approval of Class Action Settlement | 14 days before the Final Approval Hearing |
| Final Approval Hearing | Approximately 120 days after entry of the Preliminary Approval Order or as soon thereafter as the Court's schedule permits |

This motion is made on the grounds that the Settlement is the product of arm's-length negotiations by informed counsel and is a fair, reasonable, and adequate compromise of the claims brought in this case. Class Counsel met and conferred with

counsel for Defendant about this motion, and Defendant does not oppose the relief requested by this motion.

Dated: May 9, 2022

Respectfully submitted,

*s/ Lynn A. Toops*

| | |
|---|---|
| Lynn A. Toops* | J. Gerard Stranch, IV* |
| Vess A. Miller* | Anthony Orlandi* |
| Lisa M. La Fornara* | Martin F. Schubert* |
| COHEN & MALAD, LLP | BRANSTETTER, STRANCH |
| One Indiana Square, Suite 1400 | & JENNINGS, PLLC |
| Indianapolis, Indiana 46204 | 223 Rosa L. Parks Avenue, Suite 200 |
| T: (317) 636-6481 | Nashville, Tennessee 37203 |
| ltoops@cohenandmalad.com | T: (615) 254-8801 |
| vmiller@cohenandmalad.com | gerards@bsjfirm.com |
| llafornara@cohenandmalad.com | aorlandi@bsjfirm.com |
| | martys@bsjfirm.com |
| Ashlea G. Schwarz, Mo. Bar 60104 | |
| 601 Walnut Street, Suite 300 | Jeffrey D. Kaliel* |
| Kansas City, Missouri 64106 | Sophia Goren Gold* |
| T: (816) 984-8100 | KALIELGOLD PLLC |
| Ashlea@PaulLLP.com | 1100 15th Street NW, 4th Floor |
| | Washington, DC 20005 |
| Christopher D. Jennings* | T: (202) 350-4783 |
| JOHNSON FIRM | jkaliel@kalielpllc.com |
| 610 President Clinton Avenue, Ste. 300 | sgold@kalielgold.com |
| Little Rock, Arkansas 72201 | |
| T: (501) 372-1300 | *Admitted *pro hac vice* |
| chris@yourattorney.com | |

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on the following parties by the Court's ECF system on May 9, 2022:

Jason C. Smith
Rodney H. Nichols
SPENCER FANE LLP
2144 E. Republic Road, Suite B300
Springfield, MO 65804
jcsmith@spencerfane.com
rnichols@spencerfane.com

Debra Bogo-Ernst
Lucy L. Holifield
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
dernst@mayerbrown.com
lholifield@mayerbrown.com

                                                        s/*Lynn A. Toops*
                                                        Lynn A. Toops Case