# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DANNY L. WALKINGSTICK, WHITNYE A. FORT, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| SIMMONS BANK, | ) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Danny Walkingstick and Whitnye Fort, hereby move under Federal Rule of Civil Procedure 23(e)(2) for entry of the attached Final Approval Order (**Ex. 1 hereto**). The Order would grant final approval to the class action Settlement Agreement and Release reached between Plaintiffs and Defendant Simmons Bank (the "Settlement) (**Ex. 3 hereto**.) The Motion is supported by the Affidavit of Karen Rogan (**Ex. 2** hereto) and the accompanying Suggestions.

As explained in the Suggestions, the Settlement is a fair, reasonable, and adequate compromise of this action, notice issued to Class Members in the manner directed by the Court, and (after notice and as of the date of this filing) no Class Member objected to the Settlement or requested exclusion from it. Class counsel met and conferred with counsel for Defendant about this motion, and Defendant does not oppose the motion.

Dated: October 20, 2022                                    Respectfully submitted,

*s/ Lynn A. Toops*

| | |
|---|---|
| Lynn A. Toops* | J. Gerard Stranch, IV* |
| Vess A. Miller* | Anthony Orlandi* |
| Lisa M. LaFornara* | Martin F. Schubert* |
| COHEN & MALAD, LLP | BRANSTETTER, STRANCH |
| One Indiana Square, Suite 1400 | & JENNINGS, PLLC |
| Indianapolis, Indiana 46204 | 223 Rosa L. Parks Avenue, Suite 200 |
| T: (317) 636-6481 | Nashville, Tennessee 37203 |
| ltoops@cohenandmalad.com | T: (615) 254-8801 |
| vmiller@cohenandmalad.com | gerards@bsjfirm.com |
| llafornara@cohenandmalad.com | aorlandi@bsjfirm.com |
| | martys@bsjfirm.com |
| Ashlea G. Schwarz, Mo. Bar 60104 | |
| 601 Walnut Street, Suite 300 | Jeffrey D. Kaliel* |
| Kansas City, Missouri 64106 | Sophia Goren Gold* |
| T: (816) 984-8100 | KALIELGOLD PLLC |
| Ashlea@PaulLLP.com | 1100 15th Street NW, 4th Floor |
| | Washington, DC 20005 |
| Christopher D. Jennings* | T: (202) 350-4783 |
| JOHNSON FIRM | jkaliel@kalielpllc.com |
| 610 President Clinton Avenue, Ste. 300 | sgold@kalielgold.com |
| Little Rock, Arkansas 72201 | |
| T: (501) 372-1300 | *Admitted *pro hac vice* |
| chris@yourattorney.com | |

*Attorneys for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I certify that a copy of this document was served on the following parties by the Court's ECF system on October 20, 2022:

Jason C. Smith
Rodney H. Nichols
SPENCER FANE LLP
2144 E. Republic Road, Suite B300
Springfield, MO 65804
jcsmith@spencerfane.com
rnichols@spencerfane.com

Debra Bogo-Ernst
Lucy L. Holifield
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
dernst@mayerbrown.com
lholifield@mayerbrown.com

                                                  s/Lynn A. Toops
                                                  Lynn A. Toops